UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MICHAEL GRECCO PRODUCTIONS, INC., d/b/a          :
"Michael Grecco Photography," a California
corporation,                                     :

                         Plaintiff,              :

            - against -                          :              ORDER
                                                          20-CV-5458 (PAC)(KNF)
VERIZON MEDIA INC., a Delaware corporation,      :
individually and doing business as "Yahoo"; CLIQUE
BRANDS, INC., a Delaware corporation, individually :
and doing busienss as "Who What Wear": and DOES
1-10,                                            :

                         Defendants.             :
---------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The settlement conference scheduled previously for February 3, 2021, at 10:30 a.m

(EST), will be held on the same date at 2:30 p.m. (EST). The conference will be held by

telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code

4862532. The parties are also directed to review and comply with the undersigned's Procedures

Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set

forth in the procedures, no later than 3 days before the conference, the parties must provide

Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form, **except that these

submissions shall be made via e-mail to:** elizabeth_potter@nysd.uscourts.gov.

Additionally, at least seven days prior to the settlement conference, the parties must

confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation

prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York                    SO ORDERED:
        January 21, 2021

                                             _Kevin Nathaniel Fox_
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE