UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHAEL GRECCO PRODUCTIONS, INC., d/b/a :
"Michael Grecco Photography," a California
corporation,                                                                          :

                      Plaintiff,                       :

               - against -                               :        ORDER
                                                                    20-CV-5458 (PAC)(KNF)

VERIZON MEDIA INC., a Delaware corporation,        :
individually and doing business as "Yahoo"; CLIQUE
BRANDS, INC., a Delaware corporation, individually :
and doing business as "Who What Wear": and DOES
1-10,                                                                                  :

                      Defendants.             :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on March 4, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York        SO ORDERED:
       February 18, 2021

                                                               /s/ Kevin Nathaniel Fox
                                                       KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE